No. ——. Original. *Ex parte:* IN THE MATTER OF ELBERT R. ROBINSON, PETITIONER. Submitted May 22, 1916. Decided June 5, 1916. Motion for leave to file an amended petition denied. *Mr. Richard E. Westbrooks* for the petitioner.

---

No. 578. ORANGE WILSON WHITE, PLAINTIFF IN ERROR, *v.* THE STATE OF WYOMING. In error to the Supreme Court of the State of Wyoming. Motion to dismiss submitted June 5, 1916. Decided June 12, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Railway,* 228 U. S. 596, 600; *Overton* v. *Oklahoma,* 235 U. S. 31; *Parker* v. *McLain,* 237 U. S. 469, 471–472. *Mr. A. E. L. Leckie* for the plaintiff in error. *Mr. Douglas A. Preston* for the defendant in error.

---

No. 687. TIMOTHY HEALY, APPELLANT, *v.* SAMUEL W. BACKUS, COMMISSIONER, ETC. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. Motion to dismiss and petition for writ of certiorari submitted June 5, 1916. Decided June 12, 1916. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Lau Ow Bew* v. *United States,* 144 U. S. 47, 58; *Whitney* v. *Dick,* 202 U. S. 132, 135; *McClellan* v. *Carland,* 217 U. S. 268, 278. Petition for writ of certiorari herein granted. *Mr. Marshall B. Woodworth* for the appellant. *The Attorney General* and *The Solicitor General* for the appellee.